Anthony UMEKWE, Appellant,

v.

ARKANSAS STATE BOARD OF NURS-ING; Faith A. Fields, Arkansas State Board of Nursing; Shirlene Harris, Baptist School of Nursing, Appellees.

No. 03–1363.

United States Court of Appeals,
Eighth Circuit.

Submitted June 23, 2003.

Decided July 1, 2003.

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Anthony Umekwe appeals the district court's[1] adverse grant of summary judgment in his civil action. Having carefully reviewed the record, we conclude that the judgment was proper for the reasons explained by the district court, that the district court did not abuse its discretion in denying Mr. Umekwe's postjudgment motions, and that the various arguments in Mr. Umekwe's appellate filings are meritless and do not warrant extended discussion.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.